**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 5, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00396-CV

**KARAN VALENTI, Appellant**

**V.**

**K & F RESTAURANT HOLDINGS, LTD., Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2018-59350-A**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 9, 2019. On February 24, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.